Penny P. Reid
Matthew A. Clemente (*pro hac vice* application forthcoming)
Paige Holden Montgomery
Juliana L. Hoffman
Sidley Austin LLP
2021 McKinney Ave., Ste 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

**IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-34054-sgj11 |
| Reorganized Debtor. | ) |
| | ) |
| NEXPOINT ADVISORS, L.P., | ) |
| Appellant, | ) |
| vs. | ) Case No. 3:21-cv-03096-L |
| SIDLEY AUSTIN LLP, | ) |
| Appellee. | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that the undersigned attorneys of Sidley Austin LLP, hereby enter an appearance (the "Notice of Appearance") on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned case and request that copies of all notices, pleadings given or filed in this case, be given and served upon it at the following address,

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are 6725.  The headquarters and service address for the Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

1

ACTIVE 276253206

telecopy, e-mail and telephone number:

>Penny P. Reid, Esq.
>SIDLEY AUSTIN LLP
>2021 McKinney Avenue, Suite 2000
>Dallas, Texas 75201
>Telephone: (214) 981-3300
>Email: preid@sidley.com

**PLEASE TAKE FURTHER NOTICE** that the counsel(s) requesting notice herein consent to electronic service of all documents in this action, including all notices, orders and opinions issued by the court pursuant to Local Rule 5.1(d).

Dated: December 23, 2021

>SIDLEY AUSTIN LLP
>
>*/s/ Penny P. Reid*
>_____
>Penny P. Reid
>Matthew A. Clemente (*pro hac vice* application forthcoming)
>Paige Holden Montgomery
>Juliana L. Hoffman
>Sidley Austin LLP
>2021 McKinney Ave., Ste 2000
>Dallas, Texas 75201
>Telephone: (214) 981-3300
>Facsimile: (214) 981-3400
>
>*Counsel for Appellee, Sidley Austin LLP*

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 23, 2021, a true and correct copy of the foregoing Notice of Appearance will be electronically served on the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*/s/ Penny P. Reid*
Penny P. Reid