Penny P. Reid
Matthew A. Clemente (*pro hac vice forthcoming*)
Paige Holden Montgomery
Juliana L. Hoffman
Sidley Austin LLP
2021 McKinney Ave., Ste 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400

# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.[1]<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 19-34054-sgj11 |
| NEXPOINT ADVISORS, L.P.,<br><br>       Appellant.<br>v.<br><br>SIDLEY AUSTIN LLP,<br><br>       Appellee. | Case No. 3:21-cv-03096-L |

---

[1] The Reorganized Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Reorganized Debtor is 100 Crescent Court, Suite 1850, Dallas, TX 75201.

**APPELLEE SIDLEY AUSTIN LLP'S DISCLOSURE STATEMENT PURSUANT TO RULE 8012 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND CERTIFICATE OF INTERESTED PERSONS PURSUANT TO RULE 8012.1 OF THE LOCAL BANKRUPTCY RULES FOR THE NORTHERN DISTRICT OF TEXAS**

Sidley Austin LLP ("Sidley"), pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 8012.1 of the Local Bankruptcy Rules for the Northern District of Texas (the "Local Rules") hereby submits the following:

1. Pursuant to Bankruptcy Rule 8012, Sidley discloses that no parent corporation or publicly held corporation owns 10% or more of the equity interests of Sidley.

2. Pursuant to Local Rule 8012.1, Sidley certifies that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities may be financially interested in the outcome of the above-captioned appeal:

   a. Sidley;

   b. NexPoint Advisors, L.P.;

   c. the Reorganized Debtor;

   d. creditors of the Reorganized Debtor; and

   e. any other interested parties in the above-captioned bankruptcy case.

3. Sidley reserves the right to amend or supplement this disclosure and certificate of interested persons as and if necessary and/or appropriate.

4. Pursuant to Local Rule 8012.1, the names of opposing law firms and/or counsel in the above-captioned appeal are listed below:

> Kristin H. Jain, Esq.
> Texas Bar No. 24010128
> khjain@jainlaw.com
> JAIN LAW & ASSOCIATES PLLC
> 400 North Saint Paul Street, Suite 510
> Dallas, Texas 75201-6829

Telephone: (214) 446-0330
Facsimile: (214) 446-0321

*Local Counsel for NexPoint Advisors, L.P.*

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Counsel for NexPoint Advisors, L.P.*

Dated: December 24, 2021         SIDLEY AUSTIN LLP
       Dallas, Texas             /s/ *Juliana L. Hoffman*
                                 Penny P. Reid
                                 Matthew A. Clemente (*pro hac vice forthcoming*)
                                 Paige Holden Montgomery
                                 Juliana L. Hoffman
                                 Sidley Austin LLP
                                 2021 McKinney Ave., Ste 2000
                                 Dallas, Texas 75201
                                 Telephone: (214) 981-3300
                                 Facsimile: (214) 981-3400

                                 *Counsel for Appellee, Sidley Austin LLP*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December [●], 2021 a true and correct copy of the foregoing *Appellee Sidley Austin LLP's Disclosure Statement Pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure and Certificate of Interested Persons Pursuant to Rule 8012.1 of the Local Bankruptcy Rules for the Northern District Of Texas* was served electronically via the court's ECF system upon all parties in interest requesting or consenting to such service in this case.

Dated: December 24, 2021
       Dallas, Texas

SIDLEY AUSTIN LLP
/s/ *Juliana L. Hoffman*
Penny P. Reid
Matthew A. Clemente (*pro hac vice* application forthcoming)
Paige Holden Montgomery
Juliana L. Hoffman
Sidley Austin LLP
2021 McKinney Ave., Ste 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400