# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **HIGHLAND CAPITAL MANAGEMENT, LP,** | § § § | |
| Debtor, | § § | |
| **NEXPOINT ADVISORS, LP,** | § § | |
| Appellant, | § § | Civil Action No. **3:21-CV-3096-L** |
| v. | § § § | |
| **SIDLEY AUSTIN, LLP,** | § § § | |
| Appellee. | § | |

## ORDER

Before the court is Appellant Nexpoint Advisors, L.P.'s Unopposed Motion to Consolidate Appeals and to Establish Procedures for Consolidation of the Record on Appeal and Briefing (Doc. 11), filed January 7, 2022. Before an action may be consolidated, it must first be transferred to the judge who has the earlier filed case. Accordingly, because of common questions of fact and law, and in the interest of judicial economy, this case is hereby **transferred** to the docket of the Honorable United States District Judge **Ed Kinkeade** for possible consolidation with four related appeals. Judge Kinkeade will determine whether the appeals should be consolidated. This action shall henceforth carry the suffix letter "K." All future pleadings and other papers shall henceforth be filed under Civil Action No. 3:21-CV-3096-K.

**It is so ordered** this 11th day of January, 2022.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Solo Page